*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 11, 2014                    517577
_____

In the Matter of CHARLES L.
    WYNN SR.,
                    Petitioner,

            v                               MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
    of Corrections and
    Community Supervision,
                    Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Peters, P.J., Stein, McCarthy, Rose and Clark, JJ.

                        _____


        Charles L. Wynn Sr., Auburn, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a determination finding him guilty of violating various
prison disciplinary rules.  The Attorney General has advised this
Court that the determination at issue has been administratively
reversed, all references thereto have been expunged from
petitioner's institutional record and the mandatory $5 surcharge
has been refunded to petitioner's inmate account.  With respect
to petitioner's request that he be restored to the status he
enjoyed prior to the disciplinary determination, "inmates have no

constitutional or statutory right to their prior housing or programming status" (<u>Matter of Hamilton v Bezio</u>, 93 AD3d 1049, 1050 [2012]; <u>see</u> <u>Matter of Sykes v Fischer</u>, 98 AD3d 769, 769 [2012]).  Accordingly, petitioner has received all the relief to which he is entitled and this proceeding must be dismissed as moot (<u>see</u> <u>Matter of Toliver v Fischer</u>, 114 AD3d 984, 984 [2014]).

    Peters, P.J., Stein, McCarthy, Rose and Clark, JJ., concur.


    ADJUDGED that the petition is dismissed, as moot, without costs.




                        ENTER:



                        Robert D. Mayberger
                        Clerk of the Court